THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BILLY ALFORD, JR., Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.